**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

| | |
|---|---|
| JOINT STOCK COMPANY APATIT,<br><br>                            Plaintiff,<br><br>         v.<br><br>UNITED STATES,<br>                            Defendant**.** | **C I T  N o . 2 4 – 00226**<br><br>**SUMMONS** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　  Clerk of the Court

---

1. Plaintiff Joint Stock Company Apatit ("JSC Apatit") is a Russian manufacturer of phosphate fertilizer.  JSC Apatit participated in the countervailing duty ("CVD") investigation that is the subject of this action through submissions of factual information and argument, and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).  JSC Apatit has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. JSC Apatit contests certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its CVD investigation of Phosphate Fertilizers from Russia, Case No. C-821-825.

   (Brief description of contested determination)

3. November 5, 2024 (DOC CVD Final Determination)
   (Date of determination)

1

4.<u>November 12, 2024 (89 Fed. Reg. 88,960) (DOC CVD Final Determinations);</u> (If applicable, date of publication in Federal Register of notice of contested determination)

                         Respectfully submitted,

                         <u>/s/ H. Deen Kaplan</u>
                         H. Deen Kaplan
                         Jonathan T. Stoel
                         Cayla D. Ebert

                         HOGAN LOVELLS US LLP
                         Columbia Square
                         555 Thirteenth Street, N.W. Washington, DC 20004-1109
                         (202) 637-5799
                         deen.kaplan@hoganlovells.com

                         *Counsel to JSC Apatit*

Date: December 11, 2024